IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTHONY DEWAYNE JAMERSON,<br>#02259378<br><br>　　　　Petitioner,<br><br>v.<br><br>DIRECTOR TDCJ-CID.,<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br>No. 3:21-CV-01688-E (Bt)<br><br><br><br>Referred to U.S. Magistrate Judge |

# ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation (Doc. 35). Magistrate Judge Rutherford recommends that this Court denies Petitioner's Motion to Proceed in Forma Pauperis. (Doc. 33). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. (Doc. 33).

**SO ORDERED:** April 17, 2023

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Ada Brown
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE